1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA, EDWARD J. SCHWARTZ U.S. COURTHOUSE

| | |
|---|---|
| ARGENTINA MARTIGNONE, an individual on behalf of herself and others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>ADT, LLC, a Delaware Limited Liability Company, and DOES 1 TO 100, Inclusive,<br><br>            Defendants. | Case No: 3:17-cv-02065-L-JMA<br><br>*[Originally San Diego Superior Court Case No.: 37-2017-00032746-CU-OE-CTL]*<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## ORDER

Pursuant to Civil Local Rule 7.2, the Joint Stipulation Requesting Voluntary Dismissal with Prejudice (the "Stipulation") is approved.  This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Plaintiff's individual claims against Defendant.  The claims of putative class members are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  August 21, 2018

_____
Hon. M. James Lorenz
United States District Judge